July 11, 1980.

428 A.2d 263

August Petroleum etc., et al., Appellants v. Oak Con Entrp. etc., et al.

Argued November 16, 1979. Sanford F. Finder, for appellants; Frank C. Carroll, for appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.

428 A.2d 263

Chaves v. Chaves, Appellant.

Argued November 12, 1979. G. N. Evashavik, for appellant; Joanne R. Wilder, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.